# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

FILED
**Asheville**
**Dec 13 2023**
U.S. District Court
Western District of N.C.

In the Matter of the Search of )
)
*INFORMATION ASSOCIATED WITH THE SNAPCHAT* )
*USERNAMES "eblankenship26" AND "lacilynndenise"* )  Case No.1:23-mj-57-WCM
*THAT IS STORED AT PREMISES CONTROLLED BY* )
*SNAP, INC.* )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Central   District of   California:

*See Attachment A.*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

*See Attachment B.*

**YOU ARE COMMANDED** to execute this warrant on or before   11/2/2023   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   The Hon. W. Carleton Metcalf   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of   enter date   .

Signed: October 19, 2023

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge

Date and time issued: 10/19/2023 10:37 AM

City and state:   Asheville, North Carolina     The Hon. W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:1:23-mj-57 | Date and time warrant executed:<br>10/20/2023 | Copy of warrant and inventory left with:<br>Snapchat LESS |

Inventory made in the presence of :
 Snapchat LESS

Inventory of the property taken and name of any person(s) seized:

  Received zip production files for target accounts and certificate of authenticity from Snapchat LESS

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: December 13, 2023

ROBERT TOLER
Digitally signed by ROBERT TOLER
Date: 2023.12.13 15:52:48 -05'00'

*Executing officer's signature*

Robert B. Toler, Special Agent, ISB
*Printed name and title*